DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY RODRIGUEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0382

[November 19, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence M. Mirman, Judge; L.T. Case No. 562023CF000379A.

Daniel Eisinger, Public Defender, and Ethan R. Goldberg, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Paul Patti, III, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Anthony Rodriguez appeals his sentence upon conviction of felony driving with a suspended license. He raises two issues on appeal. We affirm the sentence without further discussion and remand solely for the correction of the scrivener's error to conform with the oral pronouncement of $100 prosecution costs as the State concedes.

*Affirmed and remanded with instructions.*

GROSS, MAY and SHEPHERD, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***